*[Handwritten margin note:]* DENIED as to Domino's Pizza, LLC, and ALLOWED as to the other three moving parties, for the reasons stated in open court. So ordered. /s/ Michael A. Ponsor USDJ 1/9/14

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZEID RA'AD AL-HUSSEIN, SARAH ZEID, individually and P.P.A. as Guardians and Next Friends of RA'AD ZEID, a minor HALA ZEID, a minor AZZIZA ZEID, a minor<br><br>Plaintiffs<br><br>v.<br><br>DOMINO'S PIZZA, INC., DOMINO'S PIZZA, LLC, DOMINO'S PIZZA FRANCHISING, LLC, DOMINO'S PIZZA MASTER ISSUER, LLC, CROMBIE, INC. d/b/a DOMINO'S PIZZA, STEPHEN J. PALUILIS and JOHN DOE CORPORATION, ALIAS<br><br>Defendants | C.A. NO: 3:12-CV-30129-MAP |

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS DOMINO'S PIZZA, INC., DOMINO'S PIZZA, LLC, DOMINO'S PIZZA FRANCHISING, LLC AND DOMINO'S PIZZA MASTER ISSUER, LLC

The defendants Domino's Pizza, Inc., Domino's Pizza, LLC, Domino's Pizza Franchising, LLC and Domino's Pizza Master Issuer, LLC hereby give notice that each of the defendants hereby moves for summary judgment, and related relief, as to all claims against them. Movants refer to, incorporate, and rely on the materials concurrently filed including the Statement of Undisputed Facts, Devereaux Affidavit and exhibits, and the Memorandum of Law in support of the Motion for Summary Judgment.

