UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ZEID RA'AD AL-HUSSEIN, and :
SARAH ZEID, individually and :
P.P.A. as Guardians and Next Friends of :
RA'AD ZEID, a minor, :
HALA ZEID, a minor, and :
AZZIZA ZEID, a minor :
:
v. : C.A No. 3:12-CV-30129-MAP
:
DOMINO'S PIZZA, INC., :
DOMINO'S PIZZA LLC, :
DOMINO'S PIZZA FRANCHISING LLC, :
DOMINO'S PIZZA MASTER :
ISSUER LLC, :
CROMBIE, INC., d/b/a :
DOMINO'S PIZZA, and :
STEPHEN J. PALUILIS :

## JOINT REQUEST FOR A TELEPHONIC STATUS CONFERENCE

Now come the plaintiffs and, on behalf of all parties, request this Honorable Court schedule a status conference with leave of the parties to participate telephonically. In support thereof, and on behalf of all parties, plaintiffs state as follows:

While all parties have been in productive communication with respect to trial preparation, counsel for plaintiffs and defendants have concluded that the issues concerning scheduling will, at this point, be best addressed with the Court. Therefore, given the proximity of the trial date, all parties are requesting a telephonic status conference with the Court to address the issues raised by defendant Domino's Pizza, LLC's Motion to Continue Trial, defendant Crombie's Motion for an Order in Limine for a Further Scheduling Order from the Court and plaintiffs' objection.

*DENIED. The court will take this issue up at the conference with counsel on April 20, 2014 at 11 a.m. So ordered.*

*Michael A. Ponsor USDJ*
*3·18·14*